Hon. Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KERRY SMITH ) | |
| ) | |
| Plaintiff, ) | Case No. 3:10-cv-05522-JRC |
| ) | |
| vs. ) | |
| ) | ORDER GRANTING |
| MICHAEL J. ASTRUE, ) | EXTENSION OF TIME |
| Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

BASED UPON the stipulation and agreement of the parties, it is hereby ordered that the briefing scheduled shall be amended as follows:

Plaintiff shall have a four-week extension to and including **December 15, 2010**, to file Plaintiff's opening brief.

ORDER GRANTING
EXTENSION OF TIME
[3:10-cv-05522-JRC]
Page 1 of 2

Defendant shall have to and including **January 18, 2011**, to file Defendant's response brief.

Plaintiff shall have to and including **February 1, 2011**, to file Plaintiff's reply brief.

Oral argument, if desired, shall be requested by **February 8, 2011.**

DATED this 10th day of November, 2010.

J. Richard Creatura
United States Magistrate Judge