Hon. Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KERRY SMITH, <br><br>                Plaintiff, <br><br>vs. <br><br>MICHAEL J. ASTRUE, <br>Commissioner of the Social Security Administration, <br><br>                Defendant. | Case No. 3:10-cv-05522-JRC <br><br>ORDER GRANTING EXTENSION OF TIME TO FILE REPLY |

Based on the stipulation of the parties, it is hereby ORDERED that Plaintiff shall have a one-week extension, to and including **February 8, 2011**, to file Plaintiff's Reply Brief.

DATED this 19th day of January, 2011.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER FOR EXTENSION OF TIME
[3:10-cv-05522-JRC]
Page 1 of 1