UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KERRY SMITH,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>    Defendant. | CASE NO. 10-cv-05522 JRC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS FEES PURSUANT TO 42 U.S.C. § 406(b) |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13 (*see also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 4; Consent to Proceed Before a United States Magistrate Judge, ECF No. 10).

This matter is before the Court on Plaintiff's Motion for Attorneys Fees Pursuant to 42 U.S.C. § 406(b) (ECF Nos. 26, 27, 28). Defendant has no objection (*see* ECF No. 30).

1  After considering and reviewing the pleadings, this Court GRANTS Plaintiff's
2  motion and ORDERS that Plaintiff's attorney, STEPHEN A. MADDOX, be awarded
3  attorney fees of $6,479.98, pursuant to 42 U.S.C. § 406(b).
4  Dated this 11th day of October, 2012.

5

6

7  _____
   J. Richard Creatura
8  United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER GRANTING PLAINTIFF'S MOTION FOR
ATTORNEYS FEES - 2